### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 13 CV 589 |
| v. ) | Judge Bucklo |
| ) | |
| E*HEALTHLINE.COM, INC. ) | |
| ) | |
| Defendant. ) | |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. Plaintiff's putative class claims are dismissed without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**

**BRIDGEPORT PAIN CONTROL CENTER, LTD.**

s/Heather Kolbus
By one of its attorneys
Daniel Edelman
Heather Kolbus
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANT**

**E*HEALTHLINE.COM**

s/Bart T. Murphy (w/ permission)
By one of its attorneys
Bart T. Murphy # 6181178
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on February 20, 2013, I caused a true and accurate copy of the foregoing document to be served upon the party listed below through the Court's CM/ECF system:

Bart T. Murphy
bart.murphy@icemiller.com


                                                  s/ Heather Kolbus
                                                  Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)