## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Bridgeport Pain Control Center, Ltd.
                                        Plaintiff,

v.                                                Case No.: 1:13−cv−00589
                                              Honorable Elaine E. Bucklo

E*Healthline.com, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2013:

      MINUTE entry before Honorable Elaine E. Bucklo: This case is dismissed with plaintiff's individual claims with prejudice and without costs. Plaintiff's putative claims are dismissed without prejudice and without costs. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.